UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | | |
| SHAWNI MOSHIRI ) | | Bankruptcy No. 14 B 27900 |
| Debtor. ) | | |
| _____ ) | | |
| BROADWAY TIFFANY, LLC and ) | | |
| TONY FAHAM ) | | |
| Plaintiff, ) | | |
| v. ) | | Adversary No. 14 A 00782 |
| ) | | |
| SHAWNI MOSHIRI ) | | |
| Defendant. ) | | |

## ORDER OF DEFAULT

This cause having come on for status hearing on the Adversary Plaintiffs, BROADWAY TIFFANY, LLC and TONY FAHAM's motion for a default judgment, pursuant to this Court's order of January 22, 2015, the Court having noted that the Adversary Plaintiffs properly served the Adversary Defendant SHAWNI MOSHIRI by U.S. mail at his home at 800 N. Michigan Avenue, Unit 2203, Chicago, Illinois, the bankruptcy trustee Ronald R. Peterson and the Adversary Defendant's attorney Tom Makedonski at 7354 N. Milwaukee Avenue, Niles, Illinois 60714 and that neither the Adversary Defendant nor his attorney appeared before this Court,

IT IS HEREBY ORDERED THAT an Order of Default is entered against the Adversary Defendant SHAWNI MOSHIRI. All allegations of the Adversary Complaint are taken as confessed against Defendant.

ENTER

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 26th day of March 2015.