# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| SHAWNI MOSHIRI, | ) Case No.: 14-BK-27900 |
| Debtor. | ) Honorable Judge<br>) Jack Schmetterer |
| BROADWAY TIFFANY, LLC<br>and TONY FAHAM, | ) |
| Plaintiffs, | ) |
| v. | ) Adv. No.: 14-A-00782 |
| SHAWNI MOSHIRI, | ) |
| Defendant. | ) |

## NOTICE OF FILING AND NOTICE OF MOTION

To:   Person(s) on the Attached Service List:

PLEASE TAKE NOTICE that on April 6, 2014, we caused to be filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division the attached *Appearance* and *Motion to Set Aside Order of Default* in the above-entitled action, copies of which are herewith served upon you.

Attorneys for Shawni Moshiri

THE EVEREST FIRM

By: _____
     One of His Attorneys

Andrew M. Everest
THE EVEREST FIRM
Attorneys for Defendant
2035 W. Charleston St., Suite 305
Chicago, Illinois 60647
Tel: 312-927-2880
IL Bar No.: 6244479

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing documents to be served upon each of the parties (a) who are currently on the Court's Electronic Mail Service List via the Court's CM/ECF System and (b) listed on the attached Service List via first class mail.

_____

## SERVICE LIST

### Via ECF Notification:

| | |
|---|---|
| Joel F. Handler | jhandler@handlerlawgroup.com |
| Patrick S. Layng | USTPRegion11.ES.ECF.@usdoj.gov |
| Tom Makedonski | teamlegalbk@gmail.com |

### Via U.S. Mail:

Joel F. Handler
Law Office of Joel F. Handler
55 W. Wacker Drive, Suite 900
Chicago, IL 60601

Ronald R. Peterson
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

Tom Makedonski
Law Office of Tom Makedonski
7354 N. Milwaukee Ave.
Niles, IL 60714