UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>Shawni Moshiri<br><br>Debtors<br><br>Broadway Tiffany, LLC<br>and Tony Faham<br><br><br>(Plaintiff)<br><br>v.<br><br>Shawni Moshiri<br><br><br>(Defendant) | Bankruptcy Case No. 14-27900<br><br>Adversary Case No. 14-00782 |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR -6 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

## NOTICE OF HEARING OF RULE TO SHOW CAUSE
(Electronic Filing of Adversary Pleading)

**To:** Andrew M Everest
2035 W Charleston St. Suite 305
Chicago, IL 60647

**Re: Docket Entry Number(s) 29,30,31**

**(Atty's name and address)**

It appearing to the Clerk of Court that (1) <u>Notice of Filing And Notice of Motion</u>
<u>Appearance, Motion To Set Aside Order of Default</u>
was not filed electronically as required by Federal Rule of Bankruptcy Procedure 5005 (a) (2) and Local Bankruptcy Rule 5005-1(B) and (2) that counsel failed to comply with these rules:

You are hereby directed to appear before the **Honorable Judge Bruce W. Black**, or any judge sitting in his place, in **Courtroom 719 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois at** _____ 11:00 _____ **a.m. on** _04/29/2015, Wednesday_ , to show cause why counsel should not be held in contempt of court. **Any failure to comply with this notice** may result in imposition of sanctions to enforce compliance (not to exceed $500 per day) or compensate the clerk of court for the additional expenses incurred as a result of the failure to file the pleading electronically.

Dated: April 06, 2015

**Jeffrey P. Allsteadt**
**Clerk of the U.S. Bankruptcy Court**

## CERTIFICATE OF SERVICE

I, <u>Marvin Miller</u>, certify that on <u>April 06, 2015</u>, I caused to be served the attached **RULE TO SHOW CAUSE** to the party by First Class U.S. Mail.

<u>Marvin Miller</u>
Public Service Clerk