# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SHAWNI MOSHIRI, | ) | Case No.: 14-BK-27900 |
| | ) | |
| Debtor. | ) | Honorable Judge |
| | ) | Jack Schmetterer |
| | ) | |
| BROADWAY TIFFANY, LLC and TONY FAHAM, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No.: 14-A-00782 |
| | ) | |
| SHAWNI MOSHIRI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING AMENDED MOTION TO SET ASIDE DEFAULT ORDER

THIS CAUSE coming to be heard on Shawni Moshiri's Amended Motion to Set Aside Default Order, due notice having been given, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED:

1. The Amended Motion is granted.

2. The Default Order is set aside and vacated.

Enter:

Dated: 5/28/15

United States Bankruptcy Judge

MAY 28 2015

Prepared by:
Andrew M. Everest
THE EVEREST FIRM
Attorneys for Shawni Moshiri
2035 W. Charleston St., Suite 305
Chicago, Illinois 60647
Tel: 312-927-2880
iplawdoc@yahoo.com