UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | May 28, 2015 |
| Bankruptcy Case No. | 14 B 27900 | Adversary No. | 14 A 00782 |
| Title of Case | In re: Shawni S. Moshiri | | |
| | Broadway Tiffany, LLC and Tony Faham v. Shawni S. Moshiri | | |
| Brief Statement of Motion | Plaintiff's Motion for Default Judgment (Docket No. 9) | | |
| Names and Addresses of moving counsel | | | |
| Representing | | | |

## *ORDER DENYING MOTION FOR DEFAULT JUDGMENT*

**Defendant's Amended Motion to set aside default having been granted and an Answer having been filed, IT IS HEREBY ORDERED THAT Plaintiff's Motion for Default Judgment is therefore *denied*.**

Enter: _____
Jack B. Schmetterer, U.S.B.J.