UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: SHAWNI MOSHIRI | ) | |
| | ) | |
| BROADWAY TIFFANY, LLC and TONY FAHAM, | ) ) | Bankruptcy No.: 14-27900 |
| | ) | |
| Adversary Plaintiffs, | ) | Adversary Proceeding No.: 14-A-782 |
| | ) | |
| v. | ) | Judge Jack B. Schmetterer |
| | ) | |
| SHAWNI MOSHIRI, | ) | |
| | ) | |
| Adversary Defendant. | ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

This cause having come on for status hearing on the Adversary Plaintiffs, BROADWAY TIFFANY, LLC and TONY FAHAM's motion for leave to file their reply memorandum instanter, this Court having heard argument of counsel and being duly advised in the premises, IT IS HEREBY ORDERED:

1. The Adversary Plaintiffs' motion is granted *for leave to file Reply Memo.*

DATED: 6/30/15

ENTERED:

*[signature: Jack Schmetterer]*

JOEL F. HANDLER (#1115812)
One E. Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 832-0008
Attorney for the Adversary Plaintiffs,
BROADWAY TIFFANY, LLC
and TONY FAHAM